FILED
December 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002272449

LAW OFFICES OF KENRICK YOUNG
KENRICK YOUNG (CSB #236032)
JEFFREY MEISNER (CSB #263718)
52 Seraspi Court
Sacramento, California 95834
916.929.6865 (tel)
916.471.0377 (fax)
info@kenrickyoung.com
Attorney for Chapter 11 Debtor and Debtor-In-Possession
Tony Akinsete

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-37940 |
| | Chapter 11 |
| | KY-12 |
| | **NOTICE OF WITHDRAWAL OF MOTION TO SELL FREE AND CLEAR OF LIENS AND INTERESTS IN REAL PROPERTY** |
| TONY AKINSETE, | Hearing Date: December 22, 2009 |
| | Time: 9:32 a.m. |
| | United States Bankruptcy Court |
| | 501 I Street, 6th Fl., Crt 33 |
| Debtor. | Sacramento, CA 95814 |
| | Hon. Thomas Holman |

**TO THE UNITED STATES BANKRUPTCY COURT, UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that Tony Akinsete (the "Debtor") hereby withdraws his motion to sell his real property at 1300 Florin Road, Sacramento, CA 95831 (the "Subject Property") free and clear of liens.

NOTICE OF WITHDRAWAL OF MOTION TO SELL FREE AND CLEAR
- 1 -

| | |
|---|---|
| 1 | Date: December 8, 2009 |
| 2 | |
| 3 | LAW OFFICES OF KENRICK YOUNG |
| 4 | /s/ Kenrick Young |
| 5 | KENRICK YOUNG<br>Attorney for the Debtor |