FILED
May 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002655054

3

Bruce Cornelius, of counsel - Bar #065525
Michael Mandell - Bar #209486
**BELZER, HULCHIY & MURRAY**
3650 Mt. Diablo Boulevard, Suite 130
Lafayette, California 94549
Telephone: 925-283-9977
Facsimile: 925-283-5192

Attorneys for Creditor
JPMorgan Chase Bank, N.A.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-37940 |
| Tony Akinsete, | DC No.: KY-25 |
| Debtor and Debtor-In-Possession. | Chapter 11 |

**DECLARATION OF BRUCE CORNELIUS IN SUPPORT OF MOTION FOR ORDER UNDER SECTIONS 105(a) AND 554(a) AUTHORIZING THE DEBTOR-IN-POSSESSION TO ABANDON CERTAIN REAL PROPERTY AND SEGREGATED ACCOUNTS**

DATE: JUNE 1, 2010
TIME: 9:32 A.M.
COURTROOM: 32

1

DECLARATION OF BRUCE CORNELIUS IN SUPPORT OF MOTION FOR ORDER RE ABANDONMENT

I, Bruce Cornelius, declare:

¶1. I am an attorney at law, duly licensed as such by the State of California, and am one of the attorneys for creditor JPMorgan Chase Bank, N.A. ("JPMC"). Each of the statements contained herein is true of my own personal knowledge and, if called as a witness, I could competently testify thereto.

¶2. I have reviewed the pleadings and exhibits filed in support of Debtor Tony Akinsete's Motion for Order Under Sections 105(a) and 554(a) Authorizing the Debtor-In-Possession to Abandon Certain Real Property and Segregated Account ("Motion"), and I have discussed the Motion with appropriate officers of JPMC.

¶3. JPMC supports the Motion and respectfully requests that it be granted.

¶4. Debtor's Schedule A attached to the Declaration of Tony Kukumo Akinsete filed in support of the Motion sets forth the fair market values of each of the ten (10) real properties that are the subject of the Motion. Each of the fair market values stated in Debtor's Declaration is based on appraisals obtained by JPMC in October 2009.

¶5. JPMC has recently obtained new separate appraisals for each of the ten (10) subject real properties. I have personally reviewed the new appraisals for each of the subject properties. The current fair market value of each of the subject properties is less than or equal to the value stated in Debtor's Declaration.

¶6. Rather than burden the court's docket with copies of each voluminous appraisal, I make this declaration as an offer of proof as to the current fair market value of each of the subject properties based on the new appraisals. If required, I would present to the court full copies of each appraisal. The current fair market values are as follows:

| Property address | Date of appraisal | Date of value | "As Is" value |
| --- | --- | --- | --- |
| 501 Michigan Blvd., Sacramento, CA | 5/7/2010 | 4/23/2010 | $2,070,000 |
| 416 V St., Sacramento, CA | 5/4/2010 | 4/23/2010 | $1,000,000 |
| 2314-2318 O St., Sacramento, CA | 5/7/2010 | 4/23/2010 | $1,500,000 |
| 6330 Havenside Dr., Sacramento, CA | 4/26/2010 | 4/21/2010 | $1,350,000 |
| 6140 Gloria Dr., Sacramento, CA | 4/27/2010 | 4/21/2010 | $1,700,000 |

| | | | |
|---|---|---|---|
| 4500 Del Rio Rd., Sacramento, CA | 4/27/2010 | 4/21/2010 | $1,125,000 |
| 5971 Lake Crest Way, Sacramento, CA | 4/27/2010 | 4/21/2010 | $1,400,000 |
| 5981-5989 Lake Crest Wy., Sacramento, CA | 4/27/2010 | 4/21/2010 | $1,725,000 |
| 711 14th St., Sacramento, CA | 5/6/2010 | 4/23/2010 | $740,000 |
| 2315-2317 N St., Sacramento, CA | 5/7/2010 | 4/23/2010 | $900,000 |

¶7. Based on the current fair market value of each of the subject properties, there is even less equity in most of the properties than is shown by Debtor's Declaration. In any event, there is no equity in any of the properties for a Chapter 7 Trustee to administer. JPMC respectfully requests that the court grant the Motion.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed at Lafayette, California, on May 24, 2010.

                                                            /s/ Bruce Cornelius
                                                            **Bruce Cornelius**