

Thomas A. Aceituno
PO Box 189
Folsom, CA 95763-0189
Telephone: (916) 985-6486
e-mail: trustee@acetrustee.com

Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re,

TONY KUKUMO AKINSETE,

Debtor(s)

Case No. 09-37940-B -7

DCN: TAA-3
DATE: August 10, 2010
TIME: 9:32 AM
DEPT.: B

MOTION TO ABANDON REAL PROPERTY OF CHAPTER 7 ESTATE

and

DECLARATION OF THOMAS A. ACEITUNO

I, THOMAS A. ACEITUNO, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the abandonment of assets as follows:

1. The Debtor herein filed Chapter 11 Bankruptcy on August 24, 2009. The case was converted to Chapter 7 on June 1, 2010. On June 2, 2010, Thomas A. Aceituno (hereafter "Trustee") was appointed Trustee for the Chapter 7 Estate.

2. At the time of conversion, Debtor remained in possession of three (3) parcels of real property commonly known as 28/30 6th Street, Richmond, CA; 14410 Essex Ct., Magalia, CA; 1300-1310 Florin Road, Sacramento, CA. The Properties

consist of residential rental units. The Debtor as Debtor in Possession had continued to operate the rental business. For that purpose, the Debtor had established certain "Debtor-in-Possession" bank accounts (hereafter the "Accounts"). At the time of conversion, these Accounts remained open with substantial balances in each account. Therefore, both the Properties and the Accounts were property of the converted Bankruptcy Estate.

3. Based on the current fair market value of each of the properties, there is no equity in any of the Properties for the benefit of the Chapter 7 estate.

4. The Trustee is in the process of collecting all of the current Accounts and reviewing financial information related to those accounts. The Trustee will retain the funds in these Accounts pending a final determination of the status of possible lien claims against these Accounts.

5. Based on the foregoing, the Trustee proposes to abandon interest in the real properties identified above.

For the reasons above, I pray for an order of the court as follows:

1. Authorizing the Trustee to abandon all interest in the real properties commonly known as 28/30 6th Street, Richmond, CA; 14410 Essex Ct., Magalia, CA; 1300-1310 Florin Road, Sacramento, CA.

Respectfully submitted:

DATE: July 7, 2010  /s/ Thomas A. Aceituno

DECLARATION OF THOMAS A. ACEITUNO

I, Thomas A. Aceituno, hereby declare under penalty of perjury:

1. I am the Trustee in this case.

2. I have reviewed all of the foregoing and it is true and correct and if called I would so testify.

DATE: July 7, 2010                                    /s/ Thomas A. Aceituno